UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Brittany Hogencamp,

                Plaintiff,                        20 Civ. 6001 (JCM)

   -against-                                  **CANCELLATION ORDER**

United States of America,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of the parties' report that they have reached a settlement in principle, *see* ECF No. 22, the telephonic settlement conference scheduled for **Tuesday, May 11, 2021, at 2:15 p.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  April 5, 2021
          White Plains, New York

                                                **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge